BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00125 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| JOSE VALENZUEA, VICTOR MOLINA, AND JULIA VALENZUELA, | |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties and through their respective

attorneys of record that the preliminary hearing scheduled on August 29, 2014, should be continued

to September 5, 2014, at 1:30 p.m.

        The detention hearing for defendant Victor MOLINA should proceed on August 29, 2014 as

currently scheduled.

///

///

///

///

///

///

///

1

1        IT IS SO STIPULATED.

2                                                    BENJAMIN B. WAGNER
                                                     United States Attorney's Office
3
    DATED:  August 28, 2014                          /s/ Melanie L. Alsworth
4                                                    MELANIE L. ALSWORTH
                                                     Assistant United States Attorney
5

6
    DATED:  August 28, 2014                          /s/Richard Beshwate, Jr.
7                                                    RICHARD BESHWATE, JR.
                                                     Attorney for JOSE VALENZUELA
8

9
    DATED:  August 28, 2014                          /s/Sal Sciandra
10                                                   SAL SCIANDRA
                                                     Attorney for VICTOR MOLINA
11

12

13  DATED:  August 28, 2014                          /s/Mark Broughton
                                                     MARK BROUGHTON
14                                                   Attorney for JULIA VALENZUELA

15
                                  ORDER
16

17  IT IS SO ORDERED.

18  Dated:   **August 28, 2014**

19                                     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                                      2