1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorney for Plaintiff
6

7               IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00125
11 |           Plaintiff,       | STIPULATION AND ORDER TO
   | v.                         | CONTINUE PRELIMINARY
12 |                            | HEARING
   | JOSE VALENZUEA, VICTOR MOLINA,
13 | AND JULIA VALENZUELA,
14 |           Defendants.

15

16     IT IS HEREBY STIPULATED by and between the parties and through their respective

17 attorneys of record that the preliminary hearing scheduled on August 29, 2014, should be continued

18 to September 5, 2014, at 1:30 p.m.

19     The detention hearing for defendant Victor MOLINA should proceed on August 29, 2014 as

20 currently scheduled.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                              1

1  IT IS SO STIPULATED.

2 BENJAMIN B. WAGNER
   United States Attorney's Office
3
4  DATED: August 28, 2014  /s/ Melanie L. Alsworth
   MELANIE L. ALSWORTH
   Assistant United States Attorney
5

6
7  DATED: August 28, 2014  /s/Richard Beshwate, Jr.
   RICHARD BESHWATE, JR.
   Attorney for JOSE VALENZUELA
8

9
10 DATED: August 28, 2014  /s/Sal Sciandra
   SAL SCIANDRA
   Attorney for VICTOR MOLINA
11

12

13 DATED: August 28, 2014  /s/Mark Broughton
   MARK BROUGHTON
14 Attorney for JULIA VALENZUELA

15
                           ORDER
16

17 IT IS SO ORDERED.

18 Dated:  **August 28, 2014**

19                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                             2