BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>JOSE VALENZUEA, VICTOR MOLINA, AND JULIA VALENZUELA,<br><br>                       Defendants. | CASE NO. 1:14-MJ-00125<br><br>JOINT STIPULATION AND ORDER TO  CONTINUE PRELIMINARY HEARING |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the preliminary hearing scheduled on September 5, 2014, should be continued to October 3, 2014, at 1:30 p.m.

///

///

///

///

///

///

///

///

///

1

1    IT IS SO STIPULATED.

2                                                          BENJAMIN B. WAGNER
                                                           United States Attorney's Office
3
     DATED:  August 28, 2014                               /s/ Melanie L. Alsworth_____
4                                                          MELANIE L. ALSWORTH
                                                           Assistant United States Attorney
5

6
     DATED:  August 28, 2014                               /s/Richard Beshwate, Jr._____
7                                                          RICHARD BESHWATE, JR.
                                                           Attorney for JOSE VALENZUELA
8

9
     DATED:  August 28, 2014                               /s/Sal Sciandra_____
10                                                         SAL SCIANDRA
                                                           Attorney for VICTOR MOLINA
11

12

13   DATED:  August 28, 2014                               /s/Mark Broughton_____
                                                           MARK BROUGHTON
14                                                         Attorney for JULIA VALENZUELA

15                                          ORDER

16

17   IT IS SO ORDERED.

18   Dated:   **September 4, 2014**

19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28
                                              2