1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:14-MJ-00125-SMS

12          Plaintiff,                  ORDER DISMISSING COMPLAINT

13     v.

14 JOSE VALENZUELA, VICTOR MOLINA,
   AND JULIA VALENZUEA
15
            Defendants.
16

17     Upon application of the United States of America, the Complaint against the above-named

18 defendants filed on July 24, 2014, is ordered dismissed in the interest of justice.

19

20 IT IS SO ORDERED.

21 Dated:  October 1, 2014            _____
                                      SENIOR DISTRICT JUDGE
22

1