FILED
OCT 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No 1:14-MJ-125-SMS |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JUILA VALENZUELA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above named defendant was sentenced on October 15, 2014, to thirty days custody with credit for time served.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 10/16/14

GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1