1

2

3

4        IN THE UNITED STATES DISTRICT COURT FOR THE

5                EASTERN DISTRICT OF CALIFORNIA

6

7

UNITED STATES OF AMERICA,         )
8                                  )
          Plaintiff,               )        No 1:14-MJ-125-SMS
9                                  )
     vs.                           )        ORDER OF RELEASE
10                                 )
JUILA VALENZUELA,                  )
11                                 )
                                   )
12                Defendant.       )
                                   )
13

14

15       The above named defendant was sentenced on October 15, 2014,

16 to thirty days custody with credit for time served.

17       IT IS HEREBY ORDERED that the defendant shall be released

18 FORTHWITH. A certified Judgment and Commitment order to follow.

19       DATED:  10/16/14

20

21

22                              _____
                                GARY S. AUSTIN
22                              U.S. MAGISTRATE JUDGE

23

24
9/26/96 exonbnd.frm
25                                   1

26

FILED

OCT 1 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK